# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONNI PICHARDO,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERIGROUP CORPORATION,<br><br>    Defendant. | Case No. 2:17-cv-00276-RFB-CWH<br><br>**ORDER** |

Presently before the Court is Plaintiff's notice and motion to lift stay of case (ECF No. 31), filed on April 3, 2018. No response has been filed.

Plaintiff moves to lift the stay of this case, which was ordered on June 8, 2017. ECF No. 29. The order provided that after the D.C. Circuit Court of Appeals issued its decision in *ACA International v. Federal Communications Commission*, either party could move to lift the stay. Pursuant to the Court's recently announced decision in *ACA International v. Federal Communications Commission,* No. 15-1211, 2018 WL 1352922 (D.C. Cir. Mar. 16, 2018), Plaintiff now moves to lift the stay. The Court will grant the motion.

IT IS THEREFORE ORDERED that Plaintiff's motion to lift stay of case (ECF No. 31) is GRANTED.

IT IS FURTHER ORDERED that the parties must meet and confer and file a revised discovery plan and scheduling order no later than April 25, 2018.

DATED: April 4, 2018

                                                C.W. HOFFMAN, JR.
                                                UNITED STATES MAGISTRATE JUDGE