# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONNI PICHARDO, | Case No. 2:17-cv-00276-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| AMERIGROUP CORPORATION, | |
| Defendant. | |

Presently before the Court is plaintiff's Notice of Motion and Motion to Compel (ECF No. 42), filed on May 29, 2018. Defendant filed a response (ECF No. 44) on June 12, 2018.

Under Local Rule 26-7(b), all motions to compel discovery must set forth in full the text of the discovery originally sought and any response to it. In her motion, plaintiff does not set forth the full text of the discovery originally sought, nor does she include the responses to each disputed request. In order to determine the nature and extent of the dispute, the Court requires, within the motion, a description of each disputed discovery request along with an explanation of the status of the dispute after the meet and confer conferences.

IT IS THEREFORE ORDERED that Plaintiff's motion to compel (ECF No. 42) is DENIED without prejudice

DATED: June 19, 2018

_____
C.W. HOFFMAN, JR
UNITED STATES MAGISTRATE JUDGE