**LAW OFFICES OF RONALD A. MARRON**
ALEXIS WOOD (NV SBN 11523; CA SBN 270200)
*alexis@consumersadvocates.com*
RONALD A. MARRON (CA SBN 175650)
*ron@consumersadvocates.com*
KAS L. GALLUCCI (CA SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

Kevin L. Hernandez, Esq.
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
*kevin@kevinhernandezlaw.com*

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| RONNI PICHARDO, on behalf of herself, and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERIGROUP CORPORATION,<br><br>    Defendant. | Case No.: 2:17-CV-00276-RFB-CWH<br><br><u>CLASS ACTION</u><br><br>**JOINT MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL [ECF 49] AND CONTINUE THE DEADLINES IN AMENDED DISCOVERY PLAN AND SCHEDULING ORDER [ECF 36]** |

The parties Ronni Pichardo ("Plaintiff") and Defendant Amerigroup Corporation ("Defendant") hereby file a Joint Motion to Continue the Hearing on Plaintiff's Motion to Compel [ECF 49] and Continue the Deadlines in the Amended Discovery Plan and Scheduling Order [EC 36]. For the reasons stated herein, both Parties stipulate and respectfully request this Court continue the current July 27, 2018 hearing date on Plaintiff's Motion to Compel to August 16, 2018 and additionally continue that deadlines included in the current Amended Discovery Plan and Scheduling Order by sixty (60) days to allow for additional time to accommodate Defendant's request for a continued hearing date on Plaintiff's Motion to Compel as well as accommodate rulings and potential compliance on Plaintiff's Motion to Compel [ECF 46] and Defendant's pending Motion to Dismiss [ECF 39] prior to the expiration of certain case deadlines.

WHEREAS, on May 7, 2018, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint (*see* ECF 39) which is fully briefed;

WHEREAS, on May 29, 2018, Plaintiff filed a Motion to Compel certain discovery responses from Defendant (*see* ECF 42);

WHEREAS, on June 19, 2018, this Court issued an Order denying Plaintiff's Motion to Compel without prejudice (*see* ECF 45);

WHEREAS, on June 19, 2018, Plaintiff filed a Renewed Motion to Compel (*see* ECF 46) which is fully briefed;

WHEREAS, July 9, 2018, the Honorable Magistrate Judge Carl W. Hoffman issued a Minute Order setting a hearing on Plaintiff's Renewed Motion to Compel [ECF 46] on July 27, 2018 at 9:30 AM.

WHEREAS, on July 9, 2018, counsel for Defendant advised they were unavailable to attend the hearing set on July 27, 2018 and provided Plaintiff's counsel with alternative dates for the hearing;

WHEREAS, on July 11, 2018, the Parties agreed to a mutually available date for a hearing on Plaintiff's Motion to Compel, August 16, 2018;

1

WHEREAS, as the request to extend the hearing date on Plaintiff's Renewed Motion to Compel will delay a ruling on Plaintiff's Renewed Motion to Compel. Specifically problematic is that Plaintiff's expert disclosure deadline is August 6, 2018, after the date requested by Defendant for a hearing on Plaintiff's Renewed Motion to Compel. In Plaintiff's view, discovery requested within Plaintiff's Renewed Motion to Compel is necessary to complete Plaintiff's expert disclosure as well as file for class certification, a deadline which is currently set for September 24, 2018. Additionally, a primary basis for Defendant's objections to providing class wide discovery to Plaintiff is Defendant's pending Motion to Dismiss. Thus, a sixty (60) day continuance of all deadlines included in the Amended Discovery Plan and Scheduling Order will assist the Parties in receiving relevant rulings and necessary compliance accommodations, if any, prior to upcoming deadlines;

THEREFORE, the Parties hereby stipulate to continue the following dates and deadlines:

- (1) The July 27, 2018, hearing on Plaintiff's Motion to Compel to August 16, 2018 at 9:30 AM;

- (2) The October 5, 2018, Close of Discovery deadline to December 4, 2018;

- (3) The August 6, 2018, Expert Disclosure deadline to October 5, 2018;

- (4) The September 7, 2018, Rebuttal Expert Disclosure deadline to November 6, 2018;

- (5) The August 6, 2018, Amend Pleading and Add Parties deadline to October 5, 2018;

- (6) The September 24, 2018, Dispositive Motion and Class Certification deadline to November 30, 2018 (to accommodate the Thanksgiving holiday);

- (7) The December 10, 2018 Pretrial Order to February 8, 2019;

**IT IS SO STIPULATED.**

Dated: July 12, 2018      By: *s/ Alexis M. Wood*
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
Telephone: (702) 563-4450
Facsimile: (702) 552-0408

*Attorneys for Plaintiff and the Proposed Class*

Dated: July 12, 2018      By: *s/ Virginia Bell Flynn*
**TROUTMAN SANDERS LLP**
CHAD R. FULLER
VIRGINIA BELL FLYNN
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6000
Facsimile: (858) 509-6040

**MESERVE, MUMPER & HUGHES LLP**
ANNA MARTIN
316 California Avenue, #216
Reno, NV 89509
Telephone: (775) 833-2269
Facsimile: (775) 833-2279

*Attorneys for Defendant*

3

IT IS THEREFORE ORDERED that the hearing currently scheduled for Friday, July 27, 2018 at 9:30 a.m., is vacated. The hearing is rescheduled for August 27, 2018, at 9:30 a.m., in Las Vegas Courtroom 3C before Magistrate Judge Carl W. Hoffman.

_____
UNITED STATES MAGISTRATE JUDGE

July 13, 2018

DATED: _____

4